IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01597-BNB

UNITED STATES ex rel. JACQUES P. WARD,

    Plaintiff,

v.

[NO DEFENDANT NAMED],

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2007

GREGORY C. LANGHAM
            CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Injunction and Enlargement of Time" filed on September 26, 2007, is GRANTED in part and DENIED in part. Plaintiff's request for an injunction directing prison officials to make additional copies of his complaint is DENIED. Plaintiff is directed to submit his complaint with the copies already provided to him. If additional copies of the complaint are needed, that issue will be addressed in a future order. Plaintiff's request for an extension of time to cure the deficiencies in this action is GRANTED as follows: Plaintiff shall have up to and including **October 19, 2007**, to cure the deficiencies if he wishes to pursue his claims.

Dated: September 28, 2007

Copies of this Minute Order mailed on September 28, 2007, to the following:

Jacques P. Ward
Reg. No. 80524
CSP
PO Box 777
Canon City, CO 81215

                                      Secretary/Deputy Clerk